No. 76–6810. SELBY v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 76–6811. CARTER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 76–6812. SPRIGGS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6813. TAYLOR v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–6814. WARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6815. GILLIHAN v. RODRIGUEZ, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 76–6816. BOWLES v. STRICKLAND, CORRECTIONAL SUPERINTENDENT. C. A. D. C. Cir. Certiorari denied.

No. 76–6817. HERNANDEZ v. ESTELLE, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 76–6819. STIMPSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6820. CAIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 76–6826. WEATHINGTON v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 76–6831. ANGUS v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.